UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5492-DSF (AGR) | Date | August 5, 2013 |
|---|---|---|---|
| Title | Bernardino Gutierrez Barriga v. David Marin | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None | None |

**Proceedings:**   In Chambers: **ORDER TO SHOW CAUSE**

Petitioner is ordered to show cause **on or before August 26, 2013,** why the petition should not be dismissed for lack of jurisdiction.

On July 30, 2013, Petitioner, who is represented, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. At the same time he filed an application for a temporary restraining order. On July 30, 2013, the district court denied the application.

Petitioner, a citizen of Mexico, "requests an order stopping his imminent deportation from the United States." (Application at 1.) According to Petitioner, he was ordered removed on July 23, 2003. (*Id.* at 3.) His appeal was dismissed on January 7, 2005. (*Id.*) On around July 25, 2013, Petitioner was taken into custody. (*Id.* at 2.)[1] Petitioner was scheduled to be removed on July 30, 2013. (*Id.* at 2.)

8 U.S.C. § 1252(a)(5) provides that the "exclusive means for judicial review of an order of removal" is with the "appropriate court of appeals," in this instance the Ninth Circuit. In addition, section 1252(b)(9) requires consolidation of all "questions of law and fact . . . arising from any action taken or proceeding brought to remove an alien" into a petition for review before the circuit court. *See also Mamigonian v. Biggs*, 710 F.3d 936, 941 (9th Cir. 2013) ("Habeas relief for final orders of removal is only available through a petition to the court of appeals.").

Accordingly, this court does not appear to have jurisdiction over the petition. Petitioner is ORDERED to show cause on or before August 26, 2013, why the petition should not be dismissed for lack of jurisdiction.

---

[1] Petitioner does not state what occurred between 2005 and 2013.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5492-DSF (AGR) | Date | August 5, 2013 |
|---|---|---|---|
| Title | Bernardino Gutierrez Barriga v. David Marin | | |

**If Petitioner does not timely respond to this order to show cause, the petition is subject to dismissal for lack of jurisdiction.**

Initials of Preparer   mp