UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO GUTIERREZ BARRIGA,<br><br>    Petitioner,<br><br>        v.<br><br>DAVID MARIN,<br><br>    Respondent. | NO. CV 13-5492-DSF (AGR)<br><br>**ORDER DISMISSING PETITION** |

      On July 30, 2013, Petitioner, who is represented, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. At the same time he filed an Application for a temporary restraining order. On July 30, 2013, the Court denied the Application.

      Petitioner, a citizen of Mexico, requested "an order stopping his imminent deportation from the United States." (Application at 1.) According to Petitioner, he was ordered removed on July 23, 2003. (*Id.* at 3.) His appeal was dismissed on January 7, 2005. (*Id.*) On around July 25, 2013, Petitioner was taken into custody. (*Id.* at 2.) Petitioner was scheduled to be removed on July 30, 2013. (*Id.* at 2.)

8 U.S.C. § 1252(a)(5) provides that the "exclusive means for judicial review of an order of removal" is with the "appropriate court of appeals," in this instance the Ninth Circuit.  Section 1252(b)(9) requires consolidation of all "questions of law and fact . . . arising from any action taken or proceeding brought to remove an alien" into a petition for review before the circuit court.  *See also Mamigonian v. Biggs*, 710 F.3d 936, 941 (9th Cir. 2013) ("Habeas relief for final orders of removal is only available through a petition to the court of appeals.").

On August 5, 2013, the magistrate judge issued an order to show cause why the petition should not be dismissed for lack of jurisdiction with a return date of August 26, 2013.  (Dkt. No. 6.)  Petitioner was admonished that if he did not timely respond to the order to show cause, the petition was subject to dismissal for lack of jurisdiction.  (*Id.*)  Petitioner did not file a response.

IT IS HEREBY ORDERED that Judgment be entered dismissing the petition and action for lack of jurisdiction.

9/5/13

DATED: _____   _____
                                                                    DALE S. FISCHER
                                                              United States District Judge

2