UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARDINO GUTIERREZ BARRIGA,  ) No. CV 13-5492-DSF (AGR)
          Petitioner, )
                       ) JUDGMENT
   v. )
DAVID MARIN, )
          Respondent. )

    Pursuant to the Order Dismissing Petition,

    IT IS ADJUDGED that the Petition in this matter is dismissed for lack of jurisdiction.

DATED:   9/5/13

                                         DALE S. FISCHER
                                      United States District Judge